08-00441 MJJ

United States District Court
Northern District of California

Jonathan Lee Riches©,            Civil NO:
Plaintiff

V.

Farrah Fawcett,
Ryan O'Neal,
Defendants

## complaint

moves under 42 USC 1983. I'm a non-violent white collar-offender subjected to violent inmates, Defendants put my life in Jeopardy. I seek a restraining order and $17 million.

Respectfully
Submitted
Jonathan Lee Riches©